FILED

03/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0455

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0455

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

NEIL LYNN NUNES,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellant's motion for extension of time to produce transcripts on appeal, and good cause appearing,

IT IS HEREBY ORDERED that Court Reporter Kelsey McAlpine is granted an extension of time to and including May 16, 2022, within which to prepare, file, and serve the transcripts requested on appeal.

The Clerk shall serve a copy of this Order upon the district court and the court reporter.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 30 2022